```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
                                                               :
JOHN DOE,                                                      :
                                                               :                1:20-cv-06770-GHW
                                            Plaintiff,         :
                                                               :                     ORDER
                          -v -                                 :
                                                               :
COLUMBIA UNIVERSITY,                                           :
                                                               :
                                            Defendant.         :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

   Plaintiff John Doe filed the complaint in this case on August 23, 2020, alleging that Defendant Columbia University unlawfully expelled him after he was accused of sexual assault. On August 26, 2020, counsel for Defendant contacted Chambers and requested that the Complaint be stricken from the record pending Defendant's filing a motion to redact the Complaint because the Complaint contains the names of the alleged sexual-assault victims.

   The Court has temporarily deactivated the hyperlink to the Complaint on ECF, pending the Court's resolution of what, if any, redactions, are appropriate to make to the Complaint. The parties are urged to confer and enter into a stipulation on the scope of any mutually-agreeable redactions.

   Defendant must file a motion in support of any redactions no later than September 4, 2020. If there are areas of disagreement, Plaintiff must respond no later than September 11, 2020. There will be no replies. The parties' submissions must not exceed 15 pages. Both parties' briefs must address whether and why redactions to the Complaint are appropriate, in light of the presumption of public access to the federal courts. *See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 139 (2d Cir. 2016). Any proposed redactions must be filed in compliance with the Court's Individual Rules of Practice in Civil Cases.

The Court understands that Plaintiff does not object to the hyperlink remaining deactivated until the Court has ruled on any proposed redactions.  But if Plaintiff objects to the hyperlink to the Complaint remaining deactivated pending the resolution of Defendant's motion, he may submit a letter on ECF explaining the basis for his objection

SO ORDERED.

Dated:  August 27, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge