```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
JOHN DOE,                                                           :
                                                                    :
                                        Plaintiff,                  :   1:20-cv-06770-GHW
                                                                    :
                          -v -                                      :   ORDER
                                                                    :
COLUMBIA UNIVERSITY,                                                :
                                                                    :
                                        Defendant.                  :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2021

GREGORY H. WOODS, United States District Judge:

As stated on the record during the August 26, 2021 conference, Plaintiff's August 16, 2021 motion for reconsideration, Dkt. No. 36, is withdrawn.  If Defendant wishes to move to dismiss, the parties are directed to submit a pre-motion letter proposing a briefing schedule.  Plaintiff's proposed amended complaint, Dkt. No. 35, is sealed because Plaintiff inadvertently disclosed the name of a third-party student witness.  Plaintiff may file a revised proposed amended complaint on the public docket with the name of the third-party student witness pseudonymized; that revised amended complaint must be filed no later than August 30, 2021.

SO ORDERED.

Dated: August 26, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge