USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

JOHN DOE,

        *Plaintiff*,

-against-

COLUMBIA UNIVERSITY,

        *Defendant*.

Case No. 1:20-cv-06770 (GHW)

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Defendant respectfully requests that the Court order the withdrawal of Marcella Coburn, entered on December 10, 2020, in the above-captioned matter, as she will no longer be associated with Kaplan Hecker & Fink LLP, effective November 12, 2021.

Kaplan Hecker & Fink LLP, 350 Fifth Avenue, 63rd Floor, New York, NY 10118 will continue to represent Defendant, and this withdrawal will cause no prejudice to any party, or to the Court, and should be granted.

Dated: November 12, 2021

/s/ Marcella Coburn
Marcella Coburn
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
mcoburn@kaplanhecker.com

*Counsel for Defendant*

---

Marcella Coburn is granted leave to withdraw as counsel for Defendant. The Clerk of Court is instructed to terminate Marcella Coburn from the list of active counsel in this case and to terminate the motion pending at Dkt. No. 50.

SO ORDERED.

Dated: November 12, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge