USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2022

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>

DIRECT DIAL    212.763.0884
DIRECT EMAIL  rkaplan@kaplanhecker.com

September 29, 2022

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: *Doe v. Columbia University*, No. 1:20-cv-06770-GHW (S.D.N.Y.)

Dear Judge Woods:

On behalf of both parties in the above-captioned action, and pursuant to Your Honor's Individual Rules of Practice, we write to request an adjournment of the initial pretrial conference currently scheduled for 4:00 p.m. on Wednesday, October 12, 2022. *See* ECF 63. Counsel for Columbia has a court conference and counsel for Plaintiff has a mediation previously scheduled in other matters for the afternoon of October 12. There have been no previous requests for adjournment of this conference.

The following alternative dates and times work for both Plaintiff's counsel and Columbia's counsel:

Thursday, October 20: 9 – 11 a.m. and 3 – 5 p.m.
Friday, October 21: All Day

If the above dates and times do not work for the Court, we would be happy to follow Your Honor's instructions with respect to finding an alternative date.

Respectfully submitted,

Roberta A. Kaplan

---

Application granted. The parties' September 29, 2022 request to adjourn the initial pretrial conference, Dkt. No. 64, is granted. The initial pretrial conference scheduled for October 12, 2022 is adjourned to October 21, 2022 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's September 28, 2022 order, Dkt. No. 63, are due no later than October 14, 2022. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 64.

SO ORDERED.

Dated: September 29, 2022
New York, New York

GREGORY H. WOODS
United States District Judge