USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

          *Plaintiff*,

v.

COLUMBIA UNIVERSITY,

          *Defendant*.

**MEMORANDUM ENDORSED**

No. 1:20-cv-06770 (GHW)

**STIPULATION AND ORDER**

**WHEREAS**, in the Amended Complaint filed in the above-captioned action (ECF 41), Plaintiff asserted claims against Defendant under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*;

**WHEREAS**, in the Amended Complaint, Plaintiff sought, *inter alia*, "emotional and psychological damages" in connection with those Title IX claims (ECF 41 at 134-39);

**WHEREAS**, Plaintiff and Defendant agree that following the U.S. Supreme Court's decision in *Cummings v. Premier Rehab Keller, PLLC*, 142 S. Ct. 1562 (2022) ("*Cummings*"), emotional distress damages are not available in private suits under Title IX; and

**WHEREAS**, on October 14, 2022, the parties conferred and agreed that Plaintiff will not seek or recover emotional distress damages covered by *Cummings*;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff and Defendant in the above-captioned action, that:

Notwithstanding anything in the Amended Complaint (ECF 41), Plaintiff shall not seek or recover from Defendant emotional distress damages covered by *Cummings*.

Dated: November 3, 2022
New York, New York

| | |
|---|---|
| /s/ Roberta A. Kaplan | /s/ Philip A. Byler |
| Roberta A. Kaplan | Philip A. Byler |
| Gabrielle E. Tenzer | NESENOFF & MILTENBERG, LLP |
| KAPLAN HECKER & FINK LLP | 363 Seventh Avenue, 5th Floor |
| 350 Fifth Avenue, 63rd Floor | New York, NY 10001 |
| New York, NY 10118 | Telephone: (212) 736-4500 |
| Telephone: (212) 763-0883 | Facsimile: (212) 736-2260 |
| Facsimile: (212) 564-0883 | pbyler@nmllplaw.com |
| rkaplan@kaplanhecker.com | |
| gtenzer@kaplanhecker.com | *Attorney for Plaintiff John Doe* |

*Attorneys for Defendant The Trustees of
Columbia University in the City of New York*

SO ORDERED.

Dated: November 3, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge