

| | | |
|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Gabrielle M. Vinci | Diana R. Warshow |
| | Kara L. Gorycki | Susan E. Stark |
| Stuart Bernstein | Nicholas E. Lewis | Janine L. Peress |
| Tara J. Davis | Adrienne D. Levy | *Senior Litigation Counsel* |
| | Regina M. Federico | |
| | Suzanne Dooley | Jeffrey S. Berkowitz |
| | Amy Zamir | Rebecca C. Nunberg |
| | | *Counsel* |

ATTORNEYS AT LAW

**nmllplaw.com**

Marybeth Sydor
*Title IX Consultant*

**April 7, 2023**

<u>VIA ECF</u>
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

   Re: *<u>John Doe v. Columbia</u>*, No. 1:20-cv-06770-GHW

Dear Judge Woods:

   As you know, the undersigned represents Plaintiff John Doe ("John") in this case. Columbia counsel has just filed a letter with a proposed Protective Order claiming that I refused to do a joint letter. Simply put, that is a lie. Last Saturday April 1, 2023, I sent to Columbia counsel what was to be a joint letter which was originally drafted by Columbia counsel. Accompanying this letter is what was to be the joint letter that I sent to Columbia counsel on April 1 and the cover e-mail. Columbia counsel, however, decided to rewrite the letter and yesterday afternoon sent it to me. I rejected it as a joint letter because it was really a Columbia brief, not a joint letter. Columbia counsel decided to file it anyway. I request that you reject the submission of Columbia counsel's letter as a violation of your Honor's Rules requiring joint letters.

       Very truly yours,
       **NESENOFF & MILTENBERG LLP**
       By:  *Philip A Byler, Esq.*
       **Philip A. Byler, Esq.**