```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOHN DOE,                                                     :
                                                              :
                                                              :
                              Plaintiff,                      :      1:20-cv-6770-GHW
                                                              :
                                                              :
              -v -                                            :     ORDER REFERRING CASE
                                                              :      TO MAGISTRATE JUDGE
COLUMBIA UNIVERSITY,                                          :
                                                              :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling,           ____ limited purpose (*e.g.*, dispositive motion,
      discovery, non-dispositive pretrial                    preliminary injunction)
      motions, and settlement)                               Purpose: _____

____ Specific non-dispositive motion/dispute:          ____ Habeas corpus

      If referral is for discovery disputes when       ____ Social Security
      the District Judge is unavailable, the time
      period of the referral: _____         ____ Dispositive motion (*i.e.*, motion
                                                             requiring Report and Recommendation)
____ Settlement
                                                             Particular motion:
____ Inquest after default/damages hearing                   _____
                                                             _____
____ Consent under 28 U.S.C. § 636(c) for all
     purposes (including trial)                              All such motions: _____
____ Consent under 28 U.S.C. § 636(c) for

     SO ORDERED.

Dated:  April 7, 2023
        New York, New York
                                                       _____
                                                             GREGORY H. WOODS
                                                          United States District Judge