UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                            *Plaintiff*,<br>        v.<br><br>COLUMBIA UNIVERSITY,<br><br>                           *Defendant*. | No. 1:20-cv-6770 (GHW) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff John Doe and Defendant The Trustees of Columbia University in the City of New York ("Columbia"), that the above-captioned action is voluntarily dismissed with prejudice against Columbia pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 7, 2023
       New York, New York

| | |
|---|---|
| _/s/ Roberta A. Kaplan_<br>Roberta A. Kaplan | _/s/ Andrew T. Miltenberg_<br>Andrew T. Miltenberg |
| KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>(212) 763-0883<br>rkaplan@kaplanhecker.com | NESENOFF & MILTENBERG LLP<br>363 Seventh Avenue, 5th Floor<br>New York, New York 10001<br>212-736-4500<br>Email: amiltenberg@nmllplaw.com |
| *Attorney for Defendant The Trustees of Columbia University in the City of New York* | *Attorney for Plaintiff* |