USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/7/2023__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# MEMORANDUM ENDORSED

JOHN DOE,

                            *Plaintiff,*

v.                                                      No. 1:20-cv-6770 (GHW)

COLUMBIA UNIVERSITY,

                            *Defendant.*

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for Plaintiff John Doe and Defendant The Trustees of Columbia University in the City

of New York ("Columbia"), that the above-captioned action is voluntarily dismissed with

prejudice against Columbia pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 7, 2023
         New York, New York


_____
Roberta A. Kaplan

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com

*Attorney for Defendant The Trustees of*
*Columbia University in the City of New York*

_____
Andrew T. Miltenberg

NESENOFF & MILTENBERG LLP
363 Seventh Avenue, 5th Floor
New York, New York 10001
212-736-4500
Email: amiltenberg@nmllplaw.com

*Attorney for Plaintiff*


The parties have stipulated to the dismissal of this action with prejudice under F.R.C.P. 41(a)(1)(A)(ii).
The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

Dated:  July 7, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge